DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475



**FILED**
MAY – 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

    ENRIQUE R. SANTOS and ADORACION M. QUICHO

Chapter 13
Case No. 04-3-3366 SFC13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $157.58 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 049 | CLERK OF THE COURT FOR SHERMAN ACQUISITION /RB SERIAN ESQ<br>27955 SMYTH DRIVE SUITE 107<br>VALENCIA, CA 91355 | $157.58 |

Dated: May 5, 2010

_____
CECILIA MARCELO
Receipts Administrator